UNITED STATES BANKRUTPCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: MAJUANNA WALKER,  
Debtor.  
_____/

Case No. 8-11-bk-01238-CPM  
Chapter 11

ORDER ON AMENDED MOTION TO
VALUE SECURITY OF WELLS FARGO BANK, N.A.

THIS MATTER came on for final evidentiary hearing on September 1, 2011, upon the Amended Motion (Doc. No. 124) to Value Security of Wells Fargo Bank, N.A. ("Wells") and Wells' objections thereto (Doc. Nos. 128, 135). At that time, the parties consented to the entry of an order containing the following terms. Accordingly, it is **ORDERED**:

1. The motion is granted in part and denied in part, as to real property located at 1309 E. Tennessee Street, Plant City, Florida.

2. Claim No. 9-1 filed by Wells in the amount of $176,704.00 is hereby allowed as a secured claim in the amount of $157,500.00, and the remainder of said claim, to wit, the sum of $19,204.00, shall be allowed as an unsecured claim, for purposes of this Chapter 11 proceeding.

3. The interest rate to be paid on the secured portion of said claim shall be addressed in the context of the debtor's Chapter 11 plan without prejudice to Wells to object thereto, if appropriate.

**DONE AND ORDERED** in Tampa, Florida, on September 15, 2011.

Catherine Peck McEwen  
United States Bankruptcy Judge

Copies furnished to:
Debtor, Debtors Attorney, US Trustee
Jay D. Passer, Esq., 4100 W. Kennedy Blvd., Suite 322, Tampa, FL 33609
Straus & Eisler, P.A., 2500 Weston Rd., Suite 213, Weston, FL 33331